United States District Court
Northern District of California

SPREAD ENTERPRISES, INC.,
d/b/a OLA BRASIL, individually and on behalf of all others similarly situated,

    Plaintiff,

    v.

FIRST DATA MERCHANT SERVICES CORPORATION, a Florida Corporation, and WELLS FARGO BANK, N.A., a foreign corporation,

    Defendants.

Case No.: 12-80227-JSW (KAW)

ORDER TO EXTEND BRIEFING SCHEDULE FOR MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM CYBERSOURCE CORP. IN RESPONSE TO THIRD-PARTY SUBPOENA

On October 3, 2012, non-party CyberSource Corporation and Plaintiff Spread Enterprises, Inc. filed a stipulation and proposed order to extend the briefing schedule on Plaintiff's Motion to Compel. Dkt. No. 5. In light of this stipulation, CyberSource may file its opposition by October 23, 2012. Plaintiff may file its reply by October 30, 2012.

In order to give the parties' moving papers sufficient consideration, the Court hereby VACATES the November 15, 2012 hearing. The motion will now be heard on December 6, 2012 at 11:00 a.m., in Courtroom 4, 3rd Floor, 1301 Clay Street, Oakland, California.

IT IS SO ORDERED.

Dated: October 9, 2012

_____
KANDIS A. WESTMORE
United States Magistrate Judge