1  Robert C. Holtzapple (State Bar No. 145954)
   rholtzapple@fbm.com
2  Christina R. Hollander (State Bar No. 267292)
   chollander@fbm.com
3  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA 94104
   Telephone: (415) 954-4400
5  Facsimile: (415) 954-4480

6  Attorneys for Respondent
   CyberSource Corporation
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11

12 | SPREAD ENTERPRISES, INC., d/b/a          | Case No.  3:12-MC-80227-JSW (KAW)
   | OLA BRASIL, individually and on behalf   |
13 | of all others similarly situated,        | **STIPULATION AND [PROPOSED]**
                                              | **ORDER EXTENDING TIME TO FILE**
14 |                    Plaintiff,            | **OPPOSITION AND REPLY TO**
                                              | **PLAINTIFF'S MOTION TO COMPEL**
15 |        vs.                               | **PRODUCTION OF DOCUMENTS FROM**
                                              | **CYBERSOURCE CORP. IN RESPONSE**
16 | FIRST DATA MERCHANT SERVICES             | **TO THIRD-PARTY SUBPOENA**
   | CORPORATION, a Florida corporation,      |
17 | and WELLS FARGO BANK, N.A., a            | Date:      December 6, 2012
   | foreign corporation,                     | Time:      11:00 a.m.
18 |                                          | Location:  Courtroom 4, Oakland Div.
   |                    Defendants.           | Judge:     Hon. Magistrate
19                                              Kandis A. Westmore

20         WHEREAS, on September 19, 2012, Plaintiff Spread Enterprises, Inc. ("Spread") filed a

21 Motion to Compel Production Of Documents From CyberSource Corporation ("CyberSource") in

22 Response To Third Party Subpoena ("Motion");

23         WHEREAS the Motion was referred to Magistrate Kandis A. Westmore for resolution on

24 September 24, 2012;

25         WHEREAS Judge Westmore subsequently issued an order setting the Motion for hearing

26 on November 15, 2012 at 11:00 a.m., with the opposition due on or before October 9, 2012 and

27 the reply due on or before October 16, 2012;

28         WHEREAS, Spread and CyberSource met and conferred and submitted a stipulation to

STIPULATION TO EXTEND TIME RE MTC
Case No.  3:12-MC-80227-JSW (KAW)                                                28310\3315022.1

the Court requesting that the Court adjust the briefing schedule to allow the parties to meet and confer;

WHEREAS, on October 9, 2012, the Court granted Spread and CyberSource's request, setting the deadline to file the opposition as October 23, 2012 and the deadline to file the reply as October 30, 2012, and also continued the hearing date to December 6, 2012;

WHEREAS, Spread and CyberSource have continued to meet and confer, and Spread has provided CyberSource with additional information to help it locate documents responsive to the subpoena;

WHEREAS, Spread and CyberSource believe that the issues raised by the Motion may be narrowed or resolved through further meet and confer discussions between counsel and by further searching based on the information provided by Spread; and

WHEREAS, Spread and CyberSource wish to delay the filing of the opposition and the reply brief for the Motion to allow for further meet and confer discussions and further searching.

THEREFORE, pursuant to Civil Local Rules 6-2 and 7-12, Spread and CyberSource request that the Court adjust the briefing schedule for the Motion so that the opposition must be filed on or before November 2, 2012 and the reply must be filed on or before November 9, 2012.

**IT IS SO STIPULATED.**

Dated: October 18, 2012                              FARELLA BRAUN + MARTEL LLP

                                                     By:    /s/ Robert C. Holtzapple
                                                            Robert C. Holtzapple
                                                            Attorneys for Respondent
                                                            CyberSource Corporation

Dated: October 18, 2012                              WITES & KAPETAN, P.A.

                                                     By:    /s/ Michele M. Desoer
                                                            Michele M. Desoer
                                                            Attorneys for Plaintiff
                                                            Spread Enterprises, Inc.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION TO EXTEND TIME RE MTC
Case No.  3:12-MC-80227-JSW (KAW)         - 2 -                                28310\3315022.1

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  DATED:  10/19/12

3

4  _____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION TO EXTEND TIME RE MTC
Case No.  3:12-MC-80227-JSW (KAW)

- 3 -

28310\3315022.1